UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 1:26-cv-01658-LDH-RML |
| | ) |
| JETBLUE AIRWAYS CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Air Line Pilots

Association, International. I certify that I am admitted to practice in this court.

Dated: March 20,2026

Respectfully submitted,

*/s/ Kate M. Swearengen*
Kate M. Swearengen (KS1945)
COHEN, WEISS AND SIMON LLP
909 Third Avenue, 12th Floor
New York, NY 10022
*kswearengen@cwsny.com*

*Attorney for Plaintiff*
*Air Line Pilots Association, International*

15006107.1
15006107.1