UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, *Plaintiff,* v. JETBLUE AIRWAYS CORPORATION, *Defendant.* | Case No. 1:26-cv-01658-LDH-RML<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

TO:  Marcus C. Migliore (MM4453)*
Thomas N. Ciantra (TC0450)
AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL
Legal Department
7950 Jones Branch Drive, Suite 400S
McLean, VA 22102
(703) 481-2468
(703) 481-2478 fax
*Marcus.Migliore@alpa.org*
*Thomas. Ciantra@alpa.org*

Kate M. Swearengen (KS 1945)
COHEN, WEISS AND SIMON LLP
909 Third Avenue, 12th Floor
New York, NY 10022
(212) 563-4100
*kswearengen@cwsny.com*

*Attorneys for Plaintiffs*

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Douglas W. Hall, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Jones Day and a member in good standing of the bar of the District of Columbia and the bar of the State of Ohio, as attorney *pro hac vice* to argue or try this case in

whole or in part as counsel for defendant JetBlue Airways Corporation. There are no pending

disciplinary proceedings against me in any court.

Dated: April 23, 2026                                    Respectfully submitted,


                                                         /s/ *Douglas W. Hall*
                                                         Douglas W. Hall
                                                         (*Pro Hac Vice* pending)
                                                         JONES DAY
                                                         51 Louisiana Avenue, N.W.
                                                         Washington, D.C. 20001
                                                         Telephone:  (202) 879-5432
                                                         Facsimile:  (202) 626-1700
                                                         dwhall@jonesday.com

                                                         *Counsel for Defendant,*
                                                         *JetBlue Airways Corporation*