UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, <br><br> *Plaintiff*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, <br><br> *Defendant*. | Case No. 1:26-cv-01658-LDH-RML <br><br><br> AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

I, Douglas W. Hall, hereby depose and say as follows:

1.      I am a partner with the law firm of Jones Day.

2.      I submit this affidavit in support of my motion for admission *pro hac vice* in the above-captioned matter.

3.      As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the District of Columbia, and the bar of the State of Ohio.

4.      There are no disciplinary proceedings presently against me in any court.

5.      I have never been convicted of a felony.

6.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7.      Under 28 USC §1746, I declare that the foregoing is true and correct.

WHEREFORE, Douglas W. Hall respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this case for defendant JetBlue Airways Corporation.

- 2 -

Dated: April 23, 2026

Respectfully submitted,

*/s/ Douglas W. Hall*
Douglas W. Hall
(Pro Hac Vice pending)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-5432
Facsimile: (202) 626-1700
dwhall@jonesday.com

*Counsel for Defendant,*
*JetBlue Airways Corporation*