UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, <br><br> *Plaintiff*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, <br><br> *Defendant*. | Case No. 1:26-cv-01658-LDH-RML <br><br> ADMISSION TO PRACTICE *PRO HAC VICE* |

The motion of Douglas W. Hall for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is an active member in good standing of the bars of the District of Columbia and the State of Ohio and that his contact information is as follows:

Douglas W. Hall
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-5432
Facsimile:  (202) 626-1700
dwhall@jonesday.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant JetBlue Airways Corporation in the above-captioned action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District/Magistrate Judge