UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL,

Plaintiff,

v.

JETBLUE AIRWAYS CORPORATION,

Defendant.

Case No. 1:26-cv-01658-LDH-RML

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

PLEASE ENTER the appearance of Douglas W. Hall of Jones Day as pro hac vice counsel in this case for Defendant JetBlue Airways Corporation. I certify that I am admitted or otherwise authorized to practice in this Court. (See ECF No. 7; see also Court's April 23, 2026 Order.)

Dated: May 22, 2026

Respectfully submitted,

/s/ Douglas W. Hall
Douglas W. Hall
Pro Hac Vice
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-5432
Facsimile: (202) 626-1700
dwhall@jonesday.com

Counsel for Defendant,
JetBlue Airways Corporation