UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br><br>*Plaintiff*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION,<br><br>*Defendant*. | Case No. 1:26-cv-01658-LDH-RML |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for

Defendant JetBlue Airways Corporation ("JetBlue") discloses as follows: JetBlue has no parent

Corporation.  BlackRock, Inc. owns 10% or more of JetBlue's stock.

Dated: May 22, 2026

Respectfully submitted,

/s/ *Douglas W. Hall*
Douglas W. Hall
*Pro Hac Vice*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-5432
Facsimile:  (202) 626-1700
dwhall@jonesday.com

*Counsel for Defendant,*
*JetBlue Airways Corporation*